**Alan Cole ONSTAD, Plaintiff–Appellant**

**v.**

**Ray HOBBS, Director, Arkansas Department of Correction; Larry Mays, Deputy Director, Arkansas Department of Correction; Danny Burl, Warden, East Arkansas Regional Unit, ADC; Todd Ball, Deputy Warden, East Arkansas Regional Unit, ADC; Dexter Payne, Deputy Warden,** · **East Arkansas Regional Unit, ADC; Raymond Naylor, Disciplinary Hearing Administrator, Arkansas Department of Correction; John Doe, Disciplinary Hearing Judges, Arkansas Department of Correction, Defendants–Appellees.**

No. 13–2868.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2013.

Filed: Nov. 14, 2013.

Alan Cole Onstad, Arkansas Department of Corrections, Brickeys, AR, pro se.

Gary L. Sullivan, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas inmate Alan Onstad appeals the district court's [1] interlocutory order denying his motion seeking a preliminary injunction. Upon careful review, we conclude that the district court did not abuse its discretion in denying injunctive relief. *See Novus Franchising, Inc. v. Dawson*, 725 F.3d 885, 893 (8th Cir.2013) (standard of review); *see also Goff v. Harper*, 60 F.3d 518, 520 (8th Cir.1995) (in prison context, request for injunctive relief must always be viewed with great caution because judicial restraint is especially called

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

for in dealing with complex and intractable problems of prison administration).[2]

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Onstad's motion for oral argument.

---

**2.** We further note that, to the extent the district court also denied a request for a temporary restraining order, we lack jurisdiction to review that denial. *See Hamm v. Groose*, 15 F.3d 110, 112–13 (8th Cir.1994) (appellate court lacks jurisdiction to review denial of temporary restraining order).